of thirteen pounds in mony due unto the s$^d$ Saffin for the rent of his warehouse as by the Lease thereof bearing date the .12th day of October .1675. with an accompt & other testimony may appeare and all other due damages according to attachm$^t$ dat$^d$ January .16th 1676. Objection being made of two actions in the process the plaint. declared hee held to that of the lease: after which the Evidences in the case produced being read and committed to the Jury which remain on file with the Records of this Court: The Jury brought in theire Verdict, they found for the plaintife thirteen pounds according to Lease & costs of Court allow$^d$ twenty nine Shillings and ten pence.

Execucion issued 13° Feb$^{ry}$ 1676.

[The serving of this execution involved two persons in serious difficulties. See Walley v. Waite, in the April Session, below, p. 802.]

### LILLEY ag$^t$ NONAN

Edw$^d$ Lilley plaint. ag$^t$ Daniel Nonan Def$^t$ The plaint. was non Suted in failure of process not giving Summons and costs granted the Def$^t$ six Shillings 4$^d$

Execucion issued Feb$^{ry}$ 26. 1676/7. @

### TURNOR agt. MATSON

Ephraim Turnor plaint. ag$^t$ Thomas Matson prisonkeeper Defend$^t$ The plaint. withdrew his action.

### NAYLOR ag$^t$ WHEELEWRIGHT

Edw$^d$ Naylor plaint. agt. Samuel Wheelewright Defend$^t$ This action is continued untill the next County Court. [424]

### YARDLEY agt. BODEN

John Yardley plaint. agt. John Boden Bricklayer Def$^t$ in an action of the case for not responding the damage that s$^d$ Yardley hath Susteined as hee is master of the Katch Johns Adventure by s$^d$ Boden his remisness & neglect of his duty by not doing his worke according to his trust & promiss in building of a hearth on board the s$^d$ Katch whereby the plaintife by fire is damnified about Fifteen pound in mony with all due damages according to attachm$^t$ dat$^d$ Jan$^{ry}$ 3$^d$ 1676. . . . The Jury . . . found for the Defend$^t$ costs of Court.